```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

FIRST NATIONAL INSURANCE
COMPANY OF AMERICA                                          PLAINTIFF

VS.                      CASE NO. 07-5189

STEPHYN T. HOLLAND and
ANGELA HOLLAND a/k/a
ANGEL HOLLAND                                               DEFENDANTS

## **O R D E R**

Currently before the court is Defendants' Notice of Bankruptcy and Stay (Doc. 10). Defendants filed a Chapter 7 bankruptcy petition on June 4, 2008 (5:08-BK-72210), and this action is therefore subject to an automatic stay under 11 U.S.C. § 362 pending the outcome of the bankruptcy proceedings. It is hereby ordered that this case be removed from the trial docket of September 8, 2008, and administratively terminated without prejudice to the right of the parties to reopen the proceedings for good cause shown, for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

DATED this 1st day of July 2008.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

**AO72A**
**(Rev. 8/82)**